IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD., and VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S., <br><br>  Plaintiffs, <br><br>  v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 20-911-MN

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Giancarlo Scaccia, of Greenberg Traurig LLP, MetLife Building, 200 Park Avenue, New York, NY 10166, to represent Defendant Teva Pharmaceuticals USA, Inc. in this matter.

|  |  |
|---|---|
| OF COUNSEL:<br>Scott J. Bornstein<br>Richard C. Pettus<br>Julie P. Bookbinder<br>Jonathan D. Ball<br>Cort W. Welch<br>Kathryn E. Albanese<br>Giancarlo Scaccia<br>GREENBERG TRAURIG LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-2172 | /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

Jonathan R. Wise
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7850

Dated: October 6, 2021

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Giancarlo Scaccia is granted.

                                                                                                             _____

                                                                                                              United States District Judge

Date: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: October 6, 2021

*Giancarlo Scaccia*
Giancarlo Scaccia
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200
scacciag@gtlaw.com