

November 3, 2021

**VIA E-FILING**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801

> RE: *Vifor Fresenius Medical Care Renal Pharma Ltd. et al. v. Teva Pharmaceuticals USA, Inc.* **(C.A. No. 20-cv-911-MN)**

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on November 2, 2021:

Delaware Counsel: Rosemary Piergiovanni for Plaintiffs and Nate Hoeschen for Defendant

Lead Counsel: Lauren Martin for Plaintiffs and Richard C. Pettus for Defendant

The disputes requiring judicial attention is listed below:

1. Dr. Jegorov's deposition and related remedies requested by Plaintiff

> Respectfully submitted,
>
> /s/ Michael J. Farnan
>
> Michael J. Farnan

cc: Counsel of Record (via E-File)