IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD. and VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | C.A. No. 20-911-MN <br><br> **FILED UNDER SEAL** |

**DECLARATION OF GEOFFREY A. KIRSNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY**

Dated: December 2, 2021

OF COUNSEL:

Raymond N. Nimrod
Matthew A. Traupman
Geoffrey A. Kirsner
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Steven C. Cherny
Lauren N. Martin
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nancy Zhang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St
San Francisco, CA 94111
(415) 875-6600

FARNAN LLP
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs Vifor Fresenius Medical Care Renal Pharma, Ltd. and Vifor Fresenius Medical Care Renal Pharma France S.A.S.*

I, Geoffrey A. Kirsner, declare as follows:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan LLP and counsel of record for Plaintiffs Vifor Fresenius Medical Care Renal Pharma Ltd. and Vifor Fresenius Medical Care Renal Pharma France S.A.S. in the above-captioned matter. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

2. A true and correct copy of the transcript from the June 17, 2020 teleconference with the Court in C.A. No. 18-390-MN is attached as Exhibit 1 hereto.

3. A true and correct copy of email correspondence from Lauren Martin (counsel of record for Plaintiffs) to all counsel of record in this litigation dated October 29, 2021 at 5:26 PM is attached as Exhibit 2 hereto.

4. A true and correct copy of Teva Pharmaceuticals USA, Inc's Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendant Teva Pharmaceuticals USA, Inc. (Nos. 1-4) in this litigation dated May 21, 2021 is attached as Exhibit 3 hereto.

5. A true and correct copy of Teva Pharmaceuticals USA, Inc.'s First Supplemental Response to Plaintiffs' First Set of Interrogatories (Nos. 1-4) in this litigation dated July 16, 2021 is attached as Exhibit 4 hereto.

6. A true and correct copy of Teva Pharmaceuticals USA, Inc.'s Third Supplemental Response to Plaintiffs' First Set of Interrogatories (Nos. 1-4) in this litigation dated October 22, 2021 is attached as Exhibit 5 hereto.

7. A true and correct copy of Teva Pharmaceuticals USA, Inc.'s Fifth Supplemental Response to Plaintiffs' First Set of Interrogatories (Nos. 1-4) in this litigation dated November 17, 2021 is attached as Exhibit 6 hereto.

8. A true and correct copy of U.S. Patent No. 10,682,376 is attached as Exhibit 7 hereto.

9. A true and correct copy of U.S. Patent No. 10,695,367 is attached as Exhibit 8 hereto.

10. A true and correct copy of U.S. Patent No. 11,013,761 is attached as Exhibit 9 hereto.

11. A true and correct copy of internal meeting minutes dated November 26, 2007 and produced by Plaintiffs in this litigation at bates nos. VIFOR02181327-330 is attached as Exhibit 10 hereto.

12. A true and correct copy of excerpts of the transcript of the November 12, 2021 deposition of Chandrashekhar Sinha in this litigation is attached as Exhibit 11 hereto.

13. A true and correct copy of Defendant Teva Pharmaceuticals USA, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Admission to Teva (Nos. 1-24) in C.A. No. 18-390-MN dated September 27, 2019 is attached as Exhibit 12 hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was completed in New York, New York this 2nd day of December, 2021.

/s/ Geoffrey A. Kirsner