IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD., and VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN ATLANTIS HOLDINGS SA, LUPIN PHARMACEUTICALS, INC., and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | **Redacted - Public Version** <br><br> C.A. No. 20-911-MN |

**LETTER TO THE HONORABLE MARYELLEN NOREIKA
FROM KAREN E. KELLER**

OF COUNSEL:
Scott J. Bornstein
Richard C. Pettus
Michael H. Imbacuan
Julie P. Bookbinder
Jonathan D. Ball
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-2172

Jonathan R. Wise
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7850

Dated: January 7, 2022

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.*



Karen E. Keller
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702 - Direct
kkeller@shawkeller.com

January 7, 2022

**BY CM/ECF & HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

Redacted - Public Version



    Re: *Vifor Fresenius Medical Care Renal Pharma Ltd., et al. v.*
       *Teva Pharmaceuticals USA, Inc.*, **C.A. No. 20-911-MN**

Dear Judge Noreika,

  We write on behalf of the Defendant Teva Pharmaceuticals USA, Inc. to update and advise the Court that ███████████ Teva filed ███████████████████████████████████████████████████████.

         Respectfully,

         */s/ Karen E. Keller*

         Karen E. Keller (No. 4489)

cc: Clerk of the Court (by CM/ECF & hand delivery)
   All counsel of record (by CM/ECF & e-mail)