IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD., and VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-911-MN<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S DAUBERT MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT DR. ADAM MYERS**

Pursuant to Federal Rules of Evidence 702 and 703, Defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby moves to exclude the expert testimony, opinions and testing of Dr. Adam Myers concerning infringement of claim 42 of U.S. Patent No. 10,682,376 and claims 12, 19, and 29 of U.S. Patent No. 11,013,761. The grounds for this motion are set forth in Teva's opening brief, filed herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

WHEREFORE, Teva respectfully requests that the Court grant this motion and enter the attached proposed order.

OF COUNSEL:
Scott J. Bornstein
Richard C. Pettus
Julie P. Bookbinder
Jonathan D. Ball
Cort W. Welch
Giancarlo Scaccia
Jonathan P. Presvelis
GREENBERG TRAURIG LLP
One Vanderbilt Avenue
New York, NY 10017
212-801-9200

Jonathan R. Wise
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7850

Dated: March 21, 2022

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*