IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD. and VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 20-911-MN ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO PRECLUDE PORTIONS OF THE EXPERT OPINIONS OF <u>DR. PAUL J. CHIRIK, PH.D.</u>**

Plaintiffs Vifor Fresenius Medical Care Renal Pharma Ltd. and Vifor Fresenius Medical Care Renal Pharma France S.A.S. (collectively "Plaintiffs") move to preclude portions of Dr. Paul J. Chirik, Ph.D.'s expert opinions ("Motion"). The grounds for this Motion are set forth more fully in the opening brief filed herewith. Pursuant to D. Del. LR 7.1.1., the parties met and conferred on the contents of the Motion and Defendant opposes the relief requested therein.

WHEREFORE, Plaintiffs respectfully requests that the Court grant the Motion and such further relief as the Court deems just and proper.

Dated: March 21, 2022

Respectfully submitted,

FARNAN LLP

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801

Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Raymond N. Nimrod (admitted *pro hac vice*)
Matthew A. Traupman (admitted *pro hac vice*)
Geoffrey A. Kirsner (admitted *pro hac vice*)
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Steven C. Cherny (admitted *pro hac vice*)
Lauren N. Martin (admitted *pro hac vice*)
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nancy Zhang (admitted *pro hac vice*)
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
50 California St.
San Francisco, CA 94111
(415) 875-6600

*Attorneys for Plaintiffs Vifor Fresenius Medical Care Renal Pharma, Ltd. and Vifor Fresenius Medical Care Renal Pharma France S.A.S.*